**No. 61481.**—Hudson Shipping Co., Inc. *v.* United States, protest 253086–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the articles in question are not incandescent electric-light bulbs, that they are so-called "Bug" bulbs, that they are in chief value of metal, and that they are exclusively used with an insecticide as a vaporizing bulb for insect control in commercial plants and in households, the claim of the plaintiff was sustained.

**No. 61482.**—J. J. Boll et al. *v.* United States, protests 296552–K, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 61483.**—S. Farber & Sons et al. *v.* United States, protests 141548–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.

**No. 61484.**—Richter Bros., Inc. *v.* United States, protest 265884–K (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.